USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __05/18/2021__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSE QUEZADA, *on behalf of himself and all others similarly situated*,<br><br>                            **Plaintiff**,<br><br>                -against-<br><br>**PEAK DESIGN,**<br><br>                            **Defendant.** | 20-cv-10705 (ALC)<br><br>**ORDER OF<br>DISCONTINUANCE** |

**ANDREW L. CARTER, JR., United States District Judge:**

      It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty (30) days.

      The Clerk of Court is respectfully directed to terminated ECF No. 9.

**SO ORDERED.**

**Dated:**    May 18, 2021
             New York, New York

                                                         **ANDREW L. CARTER, JR.**
                                                         **United States District Judge**